NO. 07-10-00416-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

APRIL 1, 2011

ROBERT DEWAYNE BENNETT, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

FROM THE 355TH DISTRICT COURT OF HOOD COUNTY;

NO. CR11349; HONORABLE RALPH H. WALTON JR., JUDGE

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Robert Dewayne Bennett appealed his conviction for possession of less than one gram of a controlled substance and the resulting sentence of fifteen years' imprisonment.

Bennett's counsel has notified this Court that Bennett has passed away and, in light of his passing, has moved this Court to permanently abate Bennett's appeal. The death of an appellant during the pendency of his or her appeal deprives this Court of jurisdiction. TEX. R. APP. P. 7.1(a)(2); Whitmire v. State, 943 S.W.2d 894, 895 (Tex.Crim.App. 1997).

Accordingly, we grant the motion and permanently abate this appeal.


Mackey K. Hancock
Justice


Do not publish.